UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

| | |
|---|---|
| George Wylesol<br>Clerk of Court | Clerk's Office<br>215-597-7704 |

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia,   PA   19107-4299

          RE:   KING, II

              CA No.   23-1174
              Bky. No. 23-10130-AMC
              Adv. No.

Dear Mr. McGrath:

      Enclosed herewith is an electronic copy of the Order remanding and/or returning your record, which was filed in this office on 6/27/22        .

      Kindly acknowledge receipt on the copy of letter provided.   Please return to InterdistrictTransfer_PAED@paed.uscourts.gov

                                                        Sincerely,

                                                        George Wylesol
                                                        Clerk of Court

                                                       By: s/Brian J. Weissman
                                                          Brian J. Weissman, Deputy Clerk

Received above record this June day of 27,2023.

                                                          Jeanette Gilmore
                                                               (Signature)

bankrec.frm